**Electronically Filed
Supreme Court
SCPW-26-0000356
22-MAY-2026
12:41 PM
Dkt. 17 ODDP**

SCPW-26-0000356

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

AARON ZEEMAN, Petitioner,

vs.

COUNTY OF HAWAIʻI; HAWAIʻI COUNTY COUNCIL;
Respondents,

and

JEFF DARROW, in his official capacity as Planning Director; and
ASHLEY KIERKIEWICZ, in her official capacity as Council Member,
District 4, Respondents.

---

ORIGINAL PROCEEDING
(3CCV-26-0000139)

ORDER
(By: Devens, C.J., McKenna, Ginoza, JJ., Circuit Court Judge
Toʻotoʻo, in place of Eddins, J. recused, and Circuit Court Judge
Somerville, assigned by reason of vacancy)

Upon consideration of Petitioner Aaron Zeeman's Petition

for Writ of Mandamus, filed May 1, 2026, and the record,

Petitioner has not demonstrated a clear and indisputable right

to relief, and the lack of other means to redress adequately the

alleged wrong. See Womble Bond Dickinson (US) LLP v. Kim, 153

Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).  Moreover, Petitioner failed to establish that the conduct underlying the Petition is ministerial.  See In re Disciplinary Bd. of Hawaiʻi Supreme Court, 91 Hawaiʻi 363, 368, 984 P.2d 688, 693 (1999). The Petition is denied.

DATED: Honolulu, Hawaiʻi, May 22, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Lisa M. Ginoza

/s/ Faʻauuga L. Toʻotoʻo

/s/ Rowena A. Somerville